UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILENIA PAGUADA, on behalf of herself and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHENA ALLERGY, INC.,<br><br>Defendant. | No.: 1:21-cv-01245 (KPF)<br><br>**DELCARATION OF MARS KHAIMOV** |

I, Mars Khaimov, hereby declare, pursuant to 28 U.S.C §1746, under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

1. I am counsel of record for Plaintiff Dilenia Paguada ("Plaintiff"). I have personal knowledge of the matters discussed hereto.

2. Attached hereto is a true and accurate copy of the checkout page of Defendant's website, Athena Allergy, Inc., accessed on October 7, 2021.

Dated: October 8, 2021

                                                                       Mars Khaimov, Esq.
                                                                       *Counsel for Plaintiff.*

2

# Athena Allergy, Inc.

🛒 Show order summary ⌄                                                                $117.00

Information  >  Shipping  >  **Payment**

| | |
|---|---|
| Contact | Change |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| Ship to | Change |
| ▇▇▇▇▇▇▇▇▇▇, Queens NY 11102, United States | |
| Method | Change |
| Standard Flat Rate Shipping (8-12 days) · **$7.00** | |

## Gift card

[ Gift card ]

## Payment
All transactions are secure and encrypted.

●  Credit card

[ Card number                                    🔒 ]

[ Name on card                                      ]

[ Expiration date (MM / YY)                         ]

[ Security code                                   ❓ ]

○  **P** PayPal

○ **amazon** pay

## Billing address

Select the address that matches your card or payment method.

● Same as shipping address

○ Use a different billing address

Pay now

‹ Return to shipping

Refund policy    Shipping policy    Privacy policy    Terms of service