UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, *on behalf of*
*herself and all others similarly situated*,

                              Plaintiffs,

                    -v.-

ATHENA ALLERGY, INC.,

                              Defendant.

21 Civ. 1245 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons discussed on the record on February 22, 2022,

Defendant's motion to dismiss is DENIED.  On or before March 8, 2022,

Defense counsel shall file a joint letter outlining the parties' proposed schedule

for Defendant to Answer the First Amended Class Action Complaint and submit

a proposed case management plan.

    The Clerk of Court is directed to terminate the pending motion at docket

entry 20.

    SO ORDERED.

Dated:  February 22, 2022
        New York, New York

_____
          KATHERINE POLK FAILLA
          United States District Judge